## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Sandra Banks-Eldridge** | : | **Chapter 13** |
| | : | |
| | : | |
| | : | |
| **Debtor** | : | **Bankruptcy No. 16-11724** |

### Certificate of No Response

    I, the undersigned, certify that, having served or caused to be served, a copy of the Motion for Permission to Enter into Loan Modification, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date.

    I respectfully request that the Court enter the attached Order


Dated:  July 20, 2016




Respectfully Submitted,

/s/ Michelle Lee
Michelle Lee, Esquire
119 S. Easton Road
Glenside PA 19038


{00233052;v1}