UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: SANDRA BANKS-ELDRIDGE    :
:    CHAPTER 13
:
DEBTOR    :    CASE No.: 16-11724

### ORDER

AND NOW, this 21st day of July, 2016, it is hereby ORDERED that if Sandra Banks-Eldridge (the "Debtor") and M&T Bank, servicer to Mortgagee elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtors and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

_____
UNITED STATES BANKRUPTCY JUDGE