United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-11724-jkf
Sandra A. Banks-Eldridge                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW         Page 1 of 1           Date Rcvd: Jul 21, 2016
                           Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2016.
db            +Sandra A. Banks-Eldridge,   312 Thyme Lane,   Philadelphia, PA 19128-4554

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          GEORGETTE MILLER    on behalf of Debtor Sandra A. Banks-Eldridge info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
           mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                    TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: SANDRA BANKS-ELDRIDGE     :
    :     **CHAPTER 13**
    :
       **DEBTOR**     :     **CASE No.: 16-11724**

## ORDER

AND NOW, this 21st day of _____, 2016, it is hereby

ORDERED that if Sandra Banks-Eldridge (the "Debtor") and M&T Bank, servicer to

Mortgagee elect to enter into the proposed loan modification under the terms proposed by

Mortgagee, the Debtors and Mortgagee may do so without there being any violation of

the bankruptcy stay, or the provisions of 11 U.S.C. §362.

_____
UNITED STATES BANKRUPTCY JUDGE