IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------x
In re:                                              :
                                                    :       In Chapter 13
SANDRA A. BANKS-ELDRIDGE      :
                                                    :       No. 16-11724-JKF
            Debtor.                      :
------------------------------------------------------x

**PRAECIPE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 17-1 filed by the City of Philadelphia on February 8, 2017 in the amount of $3,597.00.

                                Respectfully submitted,

                                THE CITY OF PHILADELPHIA

Dated: February 27, 2017         By: */s/Megan N. Harper*
                                                      MEGAN N. HARPER
                                                      Deputy City Solicitor
                                                      PA Attorney I.D. 81669
                                                      City of Philadelphia Law Department
                                                      1401 JFK Boulevard, 5th Floor
                                                        Philadelphia, PA 19102
                                                      215-686-0503 (phone)
                                                      215-686-0588 (facsimile)
                                                      Email: Megan.Harper@phila.gov