IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| SANDRA A. BANKS-ELDRIDGE | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | CASE NO: 16-11724 JKF |

CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Motion to Avoid Lien with Portfolio Recovery on February 22, 2017, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date.

I respectfully request that the Court enter the attached Order.


Dated: March 27, 2017                    /s/ Michelle Lee

                                         Michelle Lee, Esq.
                                         Law Offices of Georgette Miller, Esq., P.C.
                                         119 S. Easton Rd.
                                         Glenside, PA 19038

{00266909;v1}