THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :
SANDRA BANKS-ELDRIDGE      :        CHAPTER 13
                                                       :
    DEBTOR,                              :
                                                       :        CASE NO: 16-11724

## ORDER

AND NOW, this 29th day of March 2017, upon motion of the debtor to avoid an alleged judicial lien and/or nonpossessory, nonpurchase money security interest in exempt personal property held by Portfolio Recovery Associates, LLC, pursuant to the action of SC-15-04-09-3941,

And the debtor has asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1)(A) or (B),

And the debtor has certified that adequate notice of the motion was sent to Portfolio Recovery Associates, LLC, and that no answer or other response to the motion has been filed.

Accordingly, it is hereby ordered that the motion is granted by default and the judicial lien and/or a nonpossessory, nonpurchase money security interest in real estate and personal property held by, Portfolio Recovery Associates, LLC if any, on the aforementioned property is avoided to the extent it impairs the debtor's exemption upon entry of discharge.

_____
Honorable Jean K. FitzSimon