United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sandra A. Banks-Eldridge  
    Debtor

Case No. 16-11724-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Mar 30, 2017  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.  
db        +Sandra A. Banks-Eldridge,   312 Thyme Lane,   Philadelphia, PA 19128-4554

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:

        ANDREW F GORNALL   on behalf of Creditor   Lakeview Loan Servicing, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        BRIAN CRAIG NICHOLAS   on behalf of Creditor   Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        GEORGETTE MILLER   on behalf of Debtor Sandra A. Banks-Eldridge info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com  
        MEGAN N. HARPER   on behalf of Creditor   City of Philadelphia megan.harper@phila.gov, james.feighan@phila.gov  
        THOMAS I. PULEO   on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc. dba Chrysler Capital mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com  
                                                                                                                    TOTAL: 8

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
SANDRA BANKS-ELDRIDGE : CHAPTER 13
:
DEBTOR, :
: CASE NO: 16-11724

## ORDER

AND NOW, this  29th  day of  March  2017, upon motion of the debtor to avoid an alleged judicial lien and/or nonpossessory, nonpurchase money security interest in exempt personal property held by Portfolio Recovery Associates, LLC, pursuant to the action of SC-15-04-09-3941,

And the debtor has asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1)(A) or (B),

And the debtor has certified that adequate notice of the motion was sent to Portfolio Recovery Associates, LLC, and that no answer or other response to the motion has been filed.

Accordingly, it is hereby ordered that the motion is granted by default and the judicial lien and/or a nonpossessory, nonpurchase money security interest in real estate and personal property held by, Portfolio Recovery Associates, LLC if any, on the aforementioned property is avoided to the extent it impairs the debtor's exemption upon entry of discharge.

_____
Honorable Jean K. FitzSimon