United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-11724-jkf
Sandra A. Banks-Eldridge                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Sep 21, 2017
                             Form ID: pdf900          Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
```
db          +Sandra A. Banks-Eldridge,    312 Thyme Lane,    Philadelphia, PA 19128-4554
cr           CACH, LLC,    PO Box 10587,   Greenville, SC  29603-0587
cr          +Santander Consumer USA Inc. dba Chrysler Capital,    P.O. Box 562088, Suite 900 North,
             Dallas, TX 75356-2088
13690167   ++BANK OF AMERICA,    PO BOX 982228,    EL PASO TX 79998-2238
            (address filed with court: Bk Of Amer,    Po Box 982238,   El Paso, TX 79998)
13694794    +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
13690168    +Blmdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13690171    +CHHA,    6700 Cinnamon Drive, Box 16,    Philadelphia, PA 19128-4552
13764482     Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13690172    +Chrysler Capital,    Po Box 961275,   Fort Worth, TX 76161-0275
13772507     Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
             Kirkland, WA  98083-0657
13690175    +Jackson National Life Ins. Co,    1 Corporate Way,    Lansing, MI 48951-1001
13726517    +Jackson National Life Insurance Co.,    c/o Jeffrey S. Wilson,Esquire,    PO BOX 42321,
             Philadelphia PA 19101-2321
13690176    +Jeffrey Wilson,    C/i young Park,    2009 Chestnut Street,    Philadelphia, PA 19103-3307
13690184    +Trumark Financial Cu,    1000 Northbrook Dr,    Trevose, PA 19053-8430
13690185    +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13697124    +Wells Fargo Bank, N.A. - Wells Fargo Auto Finance,    435 Ford Road, Suite 300,
             St. Louis Park, MN 55426-4938
13770350    +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
13690187    +Wf Crd Svc,    Po Box 14517,    Des Moines, IA 50306-3517
13690188    +Wff Auto,    Po Box 29704,    Phoenix, AZ 85038-9704
13690179    +moons smile clinic,    8115 ridge ave,    Philadelphia, PA 19128-2901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Sep 22 2017 01:40:30    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2017 01:40:02
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 22 2017 01:40:28    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy@phila.gov Sep 22 2017 01:40:30    City of Philadelphia,
             Law Revenue Bureau,    c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
             5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
cr           E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2017 01:37:30    Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13743734     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2017 01:46:31
             American InfoSource LP as agent for,    Verizon,    PO Box 248838,
             Oklahoma City, OK  73124-8838
13740560    +E-mail/Text: ebn@squaretwofinancial.com Sep 22 2017 01:40:28    CACH, LLC,    PO BOX 5980,
             DENVER, CO 80217-5980
13786866    +E-mail/Text: bankruptcy@phila.gov Sep 22 2017 01:40:30
             CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
             1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13690169    +E-mail/Text: ebn@squaretwofinancial.com Sep 22 2017 01:40:28    Cach, Llc,
             4340 S Monaco St Unit 2,    Denver, CO 80237-3485
13690170    +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2017 01:37:45    Care Credit,    PO Box 981439,
             El Paso, TX 79998-1439
13690173    +E-mail/Text: electronicbkydocs@nelnet.net Sep 22 2017 01:40:20    Dept Of Education/Neln,
             121 S 13th St,    Lincoln, NE 68508-1904
13690174    +E-mail/Text: DMCCO.VBASPL@va.gov Sep 22 2017 01:40:50    Dept of Veterans Affai,
             Po Box 11930,    Saint Paul, MN 55111-0930
13690177    +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 22 2017 01:39:54    Kohls/Capone,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13704138     E-mail/Text: camanagement@mtb.com Sep 22 2017 01:40:00    Lakeview Loan Servicing, LLC,
             c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
13690178     E-mail/Text: camanagement@mtb.com Sep 22 2017 01:40:00    M & T Bank,    1 Fountain Plz,
             Buffalo, NY 14203
13731916    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 22 2017 01:40:18    MIDLAND FUNDING LLC,
             PO Box 2011,    Warren, MI 48090-2011
13690180    +E-mail/Text: Bankruptcies@nragroup.com Sep 22 2017 01:40:52    National Recovery Agen,
             2491 Paxton St,    Harrisburg, PA 17111-1036
13690181    +E-mail/Text: Bankruptcies@nragroup.com Sep 22 2017 01:40:52    National Recovery Agency,
             po box 67015,    Harrisburg, PA 17106-7015
13773574     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2017 01:46:30
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13690182    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2017 01:46:00
             Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
```

```
District/off: 0313-2        User: ChrissyW         Page 2 of 2            Date Rcvd: Sep 21, 2017
                            Form ID: pdf900        Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13697595        E-mail/PDF: rmscedi@recoverycorp.com Sep 22 2017 01:37:32
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13690183       +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2017 01:37:30    Syncb/Tjx Cos,   Po Box 965005,
                Orlando, FL 32896-5005
13732118       +E-mail/Text: dbogucki@trumark.org Sep 22 2017 01:40:53    TruMark Financial Credit Union,
                335 Commerce Drive,   PO BOX 8127,   Ft.Washington PA 19034-8127
13713907       +E-mail/Text: electronicbkydocs@nelnet.net Sep 22 2017 01:40:20     U.S. Department of Education,
                C/O Nelnet,   121 South 13th St. Suite 201,   Lincoln NE 68508-1911
13690186       +E-mail/Text: james.feighan@phila.gov Sep 22 2017 01:40:50    Water Revenue Bureau,
                1401 JFK Boulevard,   Philadelphia, PA 19102-1663
                                                                                   TOTAL: 25

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              GEORGETTE  MILLER    on behalf of Debtor Sandra A. Banks-Eldridge info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              MEGAN N. HARPER    on behalf of Creditor   City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              THOMAS I. PULEO    on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                   TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SANDRA A BANKS-ELDRIDGE                         Chapter 13

                        Debtor            Bankruptcy No. 16-11724-JKF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
    Jean K. FitzSimon
    Bankruptcy Judge

**Date: September 21, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Debtor:
SANDRA A BANKS-ELDRIDGE

312 THYME LANE

PHILADELPHIA, PA 19128